THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM HAMMERSTEIN et al., Appellants.

*People* v. *Hammerstein*, 155 App. Div. 204, affirmed.
(Submitted April 23, 1914; decided May 12, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1913, which reversed a judgment of the Court of Special Sessions of the city of New York sustaining a demurrer to an information which charged defendants with unlawfully giving a theatrical performance on Sunday.

*Louis J. Vorhaus, William Grossman* and *Charles Goldzier* for appellants.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Order affirmed; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Absent: WILLARD BARTLETT, Ch. J.